B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>Eastern District of Tennessee | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Fire Sprinklers, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-1142587** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4317 North Creek Road**<br>**Chattanooga, TN**<br>ZIP Code **37406** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hamilton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 5563**<br>**Chattanooga, TN**<br>ZIP Code **37406** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**American Fire Sprinklers, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**American Fire Sprinklers, LLC**

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Thomas E. Ray**
Signature of Attorney for Debtor(s)

**Thomas E. Ray 001211**
Printed Name of Attorney for Debtor(s)

**Samples, Jennings, Ray & Clem, PLLC**
Firm Name

**130 Jordan Drive**
**Chattanooga, TN 37421**

_____
Address

**Email: tray@raylegal.com**
**423-892-2006  Fax: 423-892-1919**
Telephone Number

**September 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Chris Mathews**
Signature of Authorized Individual

**Chris Mathews**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**September 21, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **American Fire Sprinklers, LLC**          Case No.                         

                             Debtor(s)       Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,829,609.92** | **2008 Gross Income** |
| **$6,390,941.67** | **2009 Gross Income** |
| **$3,161,763.26** | **YTD Gross Income** |

---

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT               SOURCE

---

### 3. Payments to creditors

**None** ☒

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**None** ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Various payments** | **Various** | **Various** | **Various** |

**None** ☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Holly Mathews** | **10/1/09** | **$20,000.00** | |
| **Holly Mathews** | **11/1/09** **($148,000 new value)** | **$20,000.00** | **$195,000.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **3600 LLC v. Debtor 81566G** | | **General Sessions Court** | **Pending** |
| **Southern Pipe and Supply Co v. Debtor 10-0709** | | **Chancery Court Hamilton County** | **Pending** |
| **U.S. Dept of Labor v. Debtor - Administrative** | **Back Pay** | **U.S. Dept of Labor** | **Agreed Resolution** |

**None** ☐

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **U.S. Department of Labor** | **9/17/10** | **livied the account for $31,652.65** |

---

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Various** | | **listed on transfers** |

---

**6. Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Hamilton County Schools** | | | **Coupon Books $500** |

---

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Various Accidents** | **No loss to company - Insurance** | **Various** |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Thomas E. Ray** | **8/10** | **$5000 - legal work** |
| **130 Jordan Drive** | | **$5000 - bankruptcy petition** |
| **Chattanooga, TN 37421** | **9/13/10** | |

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Mathew Holdings, LLC** | **8/10 or 9/10** | **UCC - 1 recorded to secure loans currently made to the Debtor for operating and paying deficiency** |
| **Feguson** | **8/10 or 9/10** | **$4000 returned merchandise** |
| **Custom Foods** | **8/10 or 9/10** | **$20,083.90 returned merchandise** |
| **Central Pipe & Supply** | | **Multiple items returned for credit $53,000** |
| **Miscellaneous Sales** | | **See attached - proceeds deposited to account** |
| **Leroy Pope** | **Sept 2010** | **Equipment seized ($3000)** |
| **CSR Company LLC as assignee of FSG Bank** | **August 2010** | **Trucks repoed and sold at auction** |
| **Auction - See Attached** | | **Equipment and vehicles sold at auction - proceeds paid to FMCC and John Deere to be applied on secured debt** |
| **Various - See attached** | | **All sales proceeds deposited to account** |

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts


None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person


None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **Nashville** **334 Woodycrest Ave** **Nashville, TN 37210** | **American Fire Sprinkler** | **1/08 -8/9/10** |
| **Knoxville** **7248 Asheville Highway** **Knoxville, TN 37924** | **American Fire Sprinkler** | **10/08 - 8/9/10** |
| **Charlotte** **325 McGill Avenue NW** **Suite 521** **Concord, NC 28027** | **American Fire Sprinkler** | **10/08 - 6/10/10** |
| **Cullman** **6210 County Road 222** **Cullman, AL 35057** | **American Fire Sprinkler** | **1/09 - 8/9/10** |

### 16. Spouses and Former Spouses


None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business


None

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Shalice Hornsby** | **2 years** |
| **David Eldridge**<br>**4313 Dayton Blvd**<br>**Chattanooga, TN 37415** | **3 years** |

None ☒  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

---

**20. Inventories**

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|-------------------------------------|
| **9/16/10** | **Holly Mathews** | **$200,000** |
| **1/1/10** | **Brandy Hayes** | **Unknown** |

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **9/16/10** | **At Business** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Ralph Mathews**<br>**PO Box 15127**<br>**Chattanooga, TN 37415** | **Member of Board** | **0** |
| **Chris Mathews**<br>**PO Box 364**<br>**Lookout Mountain, TN 37350** | **Chairman of Board** | **0** |
| **Holly Mathews**<br>**PO Box 364**<br>**Lookout Mountain, TN 37350** | **Member of Board** | **0** |
| **Theresa Ulrey**<br>**6435 Davis Hill Rd**<br>**Harrison, TN 37341** | **Member of Board** | **33.4%** |
| **Tumberry Investments, LLC**<br>**c/o Holly Mathews**<br>**PO Box 364**<br>**Lookout Mountain, TN 37350** | | **66.6%** |

---

**22 . Former partners, officers, directors and shareholders**

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Sherry Harris**<br>**980 Watts Rd**<br>**Munford, AL 36268** | **Member of Board** | **2009** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Holly Mathews** | **Legal fees 5/25/09 - 9/10/10** | **$14,185.19** |
| **Member of Board** | | |
| **Ralph Mathews** | **Reimbursement of expenses** | **$1,243.59** |
| **Member of Board** | | |
| **Mike Ulrey** | **Reimbursement of expenses 1/1/09 - 9/17/09** | **$72,001.88** |
| **General Manager** | | |
| **Mike Ulrey** | **Salary 1/1/09 - 9/17/10** | **$227,000** |
| **General Manager** | | |
| **Theresa Ulrey** | **Salary 1/1/09 - 9/17/09** | **$67,000** |
| **Member of Board** | | |
| **Chris Mathews** | **Salary** | **App. $30,000** |
| **Member of Board** | | |

**24. Tax Consolidation Group.**

None ☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                               TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**September 20, 2010**__          Signature     **/s/ Chris Mathews**
                                                        **Chris Mathews**
                                                        **Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

9/21/10 9:29AM

.

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **American Fire Sprinklers, LLC**                         ,     Case No. _____

                                    Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 986,956.37 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,020,004.10 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 64 | | 1,124,003.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 75 | | | |
| | Total Assets | | 986,956.37 | | |
| | | Total Liabilities | | 2,144,009.25 | |

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **American Fire Sprinklers, LLC**                 ,     Case No. _____

                                            Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **American Fire Sprinklers, LLC**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | | 0.00 | (Total of this page) |
| | Total > | | 0.00 | |
| | (Report also on Summary of Schedules) | | | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **American Fire Sprinklers, LLC**                                    ,  Case No. _____

                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking - Capital Mark** | **-** | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                     **0.00**
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

In re  **American Fire Sprinklers, LLC**                                          ,          Case No. _____
                                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Attachment** | - | 786,956.37 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total > | 786,956.37 |
|---|---|---|
|  | (Total of this page) |  |

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

9/21/10 9:29AM

In re **American Fire Sprinklers, LLC** , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attachment | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >     0.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

9/21/10 9:29AM

In re    **American Fire Sprinklers, LLC**                   ,   Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28.   Office equipment, furnishings, and supplies. | | **Dell-Precision 390-Service Tag#GSG5SB1; Dell 22" Monitor-S/N:CN-OC9536-46633-67A-17PL; Dell 16" Monitor-S/N:CN-OTP222-73731-7AB-8HMC; Dell 19" Monitor-S/N:CN-OGC811-72872-62K-1EDM; Dell 19" Monitor-S/N:CN-OKC147-46633-63R-1HPU; Dell 20" Monitor-S/N:CN-OCK630-64180-6AU-LRGL; Compaq Presario Latop-Model#1200-XL118- Serial #1VO7DCHCE2CP; Dell 20" Monitor-S/N:CN-OCK630-64180-75V-274L; Dell-Optiplex 740-Service Tag #1PKZDD1; Dell 20" Monitor-S/N:CN-OTW956-64180-85F-OSZU; Dell-Vostro 200-Service Tag #ZQYCWG1; Dell 22" Monitor-S/N:CN-OHO69H-7872-882-005M-A000; Dell-Precision 390-Service Tag #6BPLWC1; Envision 19" Monitor-S/N:J377ACA008764; Dell 20" Monitor-S/N:MX-OT6130-48323-58HOKXL; Dell-Precision 670-Service Tag #DJX5981; Dell-Dimension 9150-Service Tag #CW6GZ91; Dell-Vostro Laptop-Service Tag #CM69WF1; Dell-Vostro 1000 Laptop-Service Tag #HBRDQG1; Dell-Inspiron 5100 Laptop-Servie Tag #4NPQ641; Dell-Precision 390-Service Tag #30S9XC1; Dell-Precision 380-Service Tag #B1HFT91; Dell-Precision 340-S/N:0045-152-013-042; Dell-Dimension 5150-Service Tag #1NNST91; Toshiba Laptop-S/N:26080775W; Dell-Latitude D610 Laptop-Service Tag #354 CM 71; Sercurity Computer: ARM Monitor-0817040001, Dell-Optiplex 330-Service Tag#18BRVG1; Server:Dell-Power Edge 840-071127CD01 Projection Screen Monitor S/N:MY04N73647603291BYLD** | - | **Unknown** |

                                                         Sub-Total >          **0.00**
                                              (Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

In re   **American Fire Sprinklers, LLC**             ,       Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Compaq-Presario-S/N:6806BQS6J523** | - | **Unknown** |
| | | **HP Pavillion dv6000 Laptop S/N: CNF7122G0X** | | |
| | | **Printers:** | | |
| | | **Brother DCP 7020-S/N:U61283B6J791343** | | |
| | | **HP Desk Jet 932C-S/N:CN11A1R0GH** | | |
| | | **HP Desk Jet D4260-S/N:TH72E12FZJ** | | |
| | | **HP Photo Smart C4180-S/N:MY676C228Q** | | |
| | | **HP Desk Jet D4160-S/N:TH726D12C9** | | |
| | | **HP Desk Jet 4360-S/N:TH884123KX** | | |
| | | **HP Desk Jet D4260-S/N:TH7C85447R** | | |
| | | **HP Desk Jet 6122-S/N:MY2A22919P** | | |
| | | **HP Office Jet 6110-S/N:MY35NF258B** | | |
| | | **HP Desk Jet D4260-S/N:TH71V125V1** | | |
| | | **HP Desk Jet D4260-S/N:TH75J34481** | | |
| | | **HP Desk Jet D4260-S/N:TH7C7522BC** | | |
| | | **Ricoh Aficio MP C2800-S/N:V1495300043** | | |
| | | **Ricoh Aficio SP 4210N-S/N:S1089500370** | | |
| | | **HP Office Jet 6310-S/N:CN841FV27D** | | |
| | | **HP Desk Jet D4360-S/N:TH861121JB** | | |
| | | **Epson Workforce 30-S/N:KMQK007966** | | |
| | | | | |
| | | **Miscellaneous tables, chairs, desks, etc...** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attachment** | - | **Unknown** |
| 30. Inventory. | | **Miscellaneous tools and inventory** | - | **200,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | | |
|---|---|---|
| Sub-Total > | | **200,000.00** |
| (Total of this page) | | |
| Total > | | **986,956.37** |

Sheet  __4__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

9/21/10 9:29AM

B6D (Official Form 6D) (12/07)

In re __American Fire Sprinklers, LLC_____,    Case No. _____

　　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 Ford F250 #25 | | | | | |
| **Capital Mark Bank**<br>**PO Box 671**<br>**Chattanooga, TN 37401** | | - | | | | | | |
| | | | Value $　　　　　**Unknown** | | | | **17,746.45** | **Unknown** |
| Account No. | | | 2008 Ford F250 #28 | | | | | |
| **Capital Mark Bank**<br>**PO Box 671**<br>**Chattanooga, TN 37401** | | - | | | | | | |
| | | | Value $　　　　　**0.00** | | | | **16,583.27** | **16,583.27** |
| Account No. | | | Equipment and Inventory | | | | | |
| **Capital Mark Bank**<br>**PO Box 671**<br>**Chattanooga, TN 37401** | | - | | | | X | | |
| | | | Value $　　　　　**Unknown** | | | | **975,000.00** | **Unknown** |
| Account No. | | | 2006 Ford F250 | | | | | |
| **Ford Motor**<br>**PO Boc 105697**<br>**Atlanta, GA 30348-5697** | | - | | | | | | |
| | | | Value $　　　　　**Unknown** | | | | **10,674.38** | **Unknown** |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **1,020,004.10** | **16,583.27** |
| Total<br>(Report on Summary of Schedules) | **1,020,004.10** | **16,583.27** |

.

In re     **American Fire Sprinklers, LLC**                                 ,     Case No. _____

                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

9/21/10 9:29AM

In re **American Fire Sprinklers, LLC** _____ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **City of Chattanooga Business License Personaly Tax 101 E. 11th Street Chattanooga, TN 37402** | - | | | | | | 1.00 | 0.00 | 1.00 |
| Account No. | | | | | | | | | |
| **Hamilton County Business License Personaly Tax 201 Courthouse Chattanooga, TN 37402** | - | | | | | | 1.00 | 0.00 | 1.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 2.00 | 0.00 | 2.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2.00 | 0.00 | 2.00 |

9/21/10 9:29AM

In re __American Fire Sprinklers, LLC_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | | | | | |
| **3600 LLC** **3600 Pleasant Ridge Road** **Knoxville, TN 37921** | - | | | | | | | | 1.00 |
| **Account No.** | | | | | | | | | |
| **AAA Answering Service** **PO Box 91347** **Chattanooga, TN 37412** | - | | | | | | | | 140.00 |
| **Account No.** | | | | | | | | | |
| **Advanced Pest Control of Alabama LLC** **6160 Country Road 222** **Cullman, AL 35057** | - | | | | | | | | 45.00 |
| **Account No.** | | | | | | | | | |
| **Aflac** **1932 Wynnton Road** **Columbus, GA 31999** | - | | | | | | | | 3,385.00 |
| | | | | | | Subtotal (Total of this page) | | | 3,571.00 |

__63__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Fire Sprinklers, LLC**                                                          ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **AGC of East Tennessee** **101 West 21st St.** **Chattanooga, TN 37408** | - | | | | | | | | 2,863.34 |
| Account No. | | | | | | | | | |
| **AHB** **2714 Independence Street** **Metairie, LA 70006** | - | | | | | | | | 5,400.00 |
| Account No. | | | | | | | | | |
| **Ahern Rentals** **4241 Arville Street** **Las Vegas, NV 89103-3713** | - | | | | | | | | 6,304.86 |
| Account No. | | | | | | | | | |
| **Alabama Farm Credit Office** **1949 Saint Joseph Dr NW** **Cullman, AL 35055** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Albany Mini Warehouses** **PO Box 70491** **Albany, GA 31708-0491** | - | | | | | | | | 585.00 |

Sheet no. __1__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,153.20

In re  **American Fire Sprinklers, LLC**                                    ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| Albert Herrera 827 Signal Mountain Road Chickamauga, GA 30707 | - | | | | | | | | 31.08 |
| Account No. | | | | | | | | | |
| Alternative Mailing Solutions 3435 Breckingridge Blvd Suite 100 Duluth, GA 30096 | - | | | | | | | | 152.65 |
| Account No. | | | | | | | | | |
| Ameican National Insurance Company Attn: Michael DeMarco PO Box 1830 Galveston, TX 77553-1830 | - | | | | | | | | 22,119.00 |
| Account No. | | | | | | | | | |
| American Backflow Products Co. PO Box 37025 Tallahassee, FL 32315 | - | | | | | | | | 3,479.49 |
| Account No. | | | | | | | | | |
| American Pipe & Supply PO Box 11474 Birmingham, AL 35202 | - | | | | | | | | 29,108.00 |

Sheet no. __**2**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      54,890.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Fire Sprinklers, LLC**                                              , Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Argco**<br>**PO Box 1899**<br>**Vista, CA 92085-1899** | - | | | | | | 7,789.00 |
| Account No. | | | | | | | |
| **AT&T Advertising & Publishing**<br>**PO Box 105024**<br>**Atlanta, GA 30348-5024** | - | | | | | | 3,503.00 |
| Account No. | | | | | | | |
| **Austin Agar**<br>**10920 Dolly Pond Road**<br>**Ooltewah, TN 37363** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Baker Donelson Bearman**<br>**1800 Republic Centre**<br>**633 Chestnut Street**<br>**Chattanooga, TN 37450** | - | | | | | | 4,021.00 |
| Account No. | | | | | | | |
| **Ballard Equipment**<br>**3217 Rossville Blvd**<br>**Chattanooga, TN 37407** | - | | | | | | 1,397.44 |

Sheet no. __3___ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                16,711.44

9/21/10 9:29AM

In re   **American Fire Sprinklers, LLC**                                   ,     Case No. _____

                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bavco** 20436 South Susana Road Long Beach, CA 90810-1136 | | - | | | | | 3,767.95 |
| Account No. | | | | | | | |
| **Bay City Construction Services, LLC** 10432 Old Hwy 43 Creola, AL 36525 | | - | | | | | 8,500.00 |
| Account No. | | | | | | | |
| **BB&T** PO Box 580003 Charlotte, NC 28258 | | - | | | | | 11,685.00 |
| Account No. | | | | | | | |
| **BESCO** 1800 N. Central St Knoxville, TN 37917 | | - | | | | | 1.00 |
| Account No. | | | | | | | |
| **Billy Gann** 509 Flegal Avenue Rossville, GA 30741 | | - | | | | | 1.00 |

Sheet no. __4__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    23,954.95

In re   **American Fire Sprinklers, LLC**                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Birch Communications Inc.** <br> **Dept AT 952855** <br> **Atlanta, GA 31192** | - | | | | | | 347.00 |
| Account No. <br><br> **Blue Cross Blue Shield** <br> **Receipts Department** <br> **PO Box 180172** <br> **Chattanooga, TN 37401** | - | | | | | | 20,189.00 |
| Account No. <br><br> **Bobby Baugh** <br> **5220 Creeks Bend Lane** <br> **Hixson, TN 37343** | - | | | | | | 1.00 |
| Account No. <br><br> **Bobby Baugh** <br> **5220 Creeks Bend Lane** <br> **Hixson, TN 37343** | - | | | | | | 257.50 |
| Account No. <br><br> **Bomar Construction** <br> **2949 Brick Church Pike** <br> **Nashville, TN 37207** | - | | | | | | 1.00 |

Sheet no. __5__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,795.50

In re  **American Fire Sprinklers, LLC**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bradley Tank & Pipe** **PO Box 3146** **Cleveland, TN 37320** | - | | | | | | 521.00 |
| Account No. | | | | | | | |
| **Brandy Hayes** **1032 Kendrick Switch Road** **Chickamauga, GA 30707** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Brasfield & Gorrie** **120 Page Road North** **Pinehurst, NC 28374** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Brendie Fire Equipment Inc** **2755 Gunter Park Drive** **Montgomery, AL 36109** | - | | | | | | 123,154.00 |
| Account No. | | | | | | | |
| **Brock Insurance Co** **823 Chickamauga Avenue** **Rossville, GA 30741** | - | | | | | | 520.00 |

Sheet no. __6__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    124,197.00

9/21/10 9:29AM

In re  **American Fire Sprinklers, LLC**                                        , Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Brooks Equipment** **PO Box 60594** **Charlotte, NC 28260** | - | | | | | | | 11,585.00 |
| Account No. | | | | | | | | |
| **Builders Exchange of Tennessee** **PO Box 226** **Knoxville, TN 37901** | - | | | | | | | 137.00 |
| Account No. | | | | | | | | |
| **Building Systems Technology Inc** **1310 Centerpoint Blvd** **Knoxville, TN 37932** | - | | | | | | | 797.00 |
| Account No. | | | | | | | | |
| **C&C Oxygen** **3615 Rossville Blvd** **Chattanooga, TN 37407** | - | | | | | | | 114.00 |
| Account No. | | | | | | | | |
| **Cameron Germain** **Adam Gage Court** **Rock Spring, GA 30739** | - | | | | | | | 1.00 |

Sheet no. __7__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **12,634.00**

In re **American Fire Sprinklers, LLC** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Capital Mark Bank** **PO Box 671** **Chattanooga, TN 37401** | - | | | | | | 3,420.00 |
| Account No. | | | | | | | |
| **Capital Mark Bank & Trust** **PO Box 671** **Chattanooga, TN 37401** | - | | | | | | 30,932.00 |
| Account No. | | | | | | | |
| **Care Supply** **2944 Kraft Drive** **Nashville, TN 37204** | - | | | | | | 24.00 |
| Account No. | | | | | | | |
| **Carl E. Levi Hamilton Co Trustee** **PO Box 11047** **Chattanooga, TN 37401** | - | | | | | | 6,704.00 |
| Account No. | | | | | | | |
| **Carolyn's Florist** **4511 Hwy 58** **Chattanooga, TN 37416** | - | | | | | | 86.00 |

Sheet no. __8__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     41,166.00

In re **American Fire Sprinklers, LLC** _____,  Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Carra Hewitt Grapic Design** **220 Elm St. No. 23** **Oxford, MS 38655** | - | | | | | | 135.00 |
| Account No. | | | | | | | |
| **Carta** **1617 Wilcox Blvd** **Chattanooga, TN 37406** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Casey Burdette** **587 Brenden Road** **New Johnsonville, TN 37134** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Catherine Quest** **Circuit Court Clerk** **City County Building, Suite M-30** **400 Main Street** **Knoxville, TN 37902** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Central Pipe & Supply** **4164 NE Expressway** **Suite A** **Atlanta, GA 30340** | - | | | | | | 1.00 |

Sheet no. __9__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

139.00

In re   **American Fire Sprinklers, LLC**                                    Case No. _____
                                                              ,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chad Black** <br> **1655 Ridgeway Road** <br> **La Fayette, GA 30728** | - | | | | | | 1.00 |
| Account No. <br><br> **Charles Perkins** <br> **7722 Lakeshore Dr** <br> **Rutledge, TN 37861** | - | | | | | | 129.50 |
| Account No. <br><br> **Chattanooga Gas** <br> **PO Box 11227** <br> **Chattanooga, TN 37401** | - | | | | | | 42.00 |
| Account No. <br><br> **Chazler Construction** <br> **104 Cedar Lane** <br> **Chattanooga, TN 37421** | - | | | | | | 1.00 |
| Account No. <br><br> **Chi Omega House** <br> **4456 James Drive** <br> **Chattanooga, TN 37416** | - | | | | | | 1.00 |

Sheet no. __10__ of __63__ sheets attached to Schedule of                     Subtotal           | 174.50
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

In re   **American Fire Sprinklers, LLC**                                    ,          Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| **Choate Construction** **2907 Providence Road** **Ste. 400** **Charlotte, NC 28211** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Chris Baxley** **2217 Bright Pike** **Morristown, TN 37814** | - | | | | | | 44.00 |
| Account No. | | | | | | | |
| **Christopher S. Matthews** **PO Box 364** **Lookout Mountain, TN 37350** | - | | | | | | 348.00 |
| Account No. | | | | | | | |
| **Citadel Construction** **1866 County Meadows Dr** **Sevierville, TN 37864** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Clarence Daniels** **9201 Wyrick Road** **Corryton, TN 37721** | - | | | | | | 1.00 |

Sheet no. __11__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              395.00

In re __American Fire Sprinklers, LLC__ ,    Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Clark Associates PO Box 1254 Huntsville, AL 35807 | - | | | | | | | 987.00 |
| Account No. | | | | | | | | |
| Clark Crawford 11738 Dolly Pond Road Birchwood, TN 37308 | - | | | | | | | 26.25 |
| Account No. | | | | | | | | |
| Companion Property & Casualty Group PO Box 6000 Columbia, SC 29260 | - | | | | | | | 13,485.00 |
| Account No. | | | | | | | | |
| Compliance Industrial PO Box 1 Bimble, KY 40915 | - | | | | | | | 1.00 |
| Account No. | | | | | | | | |
| Consolidated Pipe & Supply 7224 Ball Camp Pike Knoxville, TN 37931 | - | | | | | | | 13,825.00 |

Sheet no. __12__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        28,324.25

In re   **American Fire Sprinklers, LLC**                                          ,       Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Cor-Bits Coring & Cutting 1124 Weems Street Pearl, MS 39208 | - | | | | | | | 200.00 |
| Account No. | | | | | | | | |
| Country Inn of Hixson 5105 Hwy 153 Hixson, TN 37343 | - | | | | | | | 1.00 |
| Account No. | | | | | | | | |
| CP Allen Construction Company PO Box 842 Columbus, GA 31902 | - | | | | | | | 760.00 |
| Account No. | | | | | | | | |
| Craig Bowman 1520 Waterhouse St Chattanooga, TN 37412 | - | | | | | | | 80.18 |
| Account No. | | | | | | | | |
| Cullman Electric Cooperative Dept 3155 PO Box 2153 Birmingham, AL 35287 | - | | | | | | | 51.00 |

Sheet no. __13__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,092.18

In re   **American Fire Sprinklers, LLC**                              ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cullman Quick Copy** <br> **114 Second Street SE** <br> **Cullman, AL 35055** | - | | | | | | **18.00** |
| Account No. <br><br> **Curtis Dagnan** <br> **4002 Shady Oak Drive** <br> **Ooltewah, TN 37363** | - | | | | | | **1.00** |
| Account No. <br><br> **Damon Rice** <br> **432 Schmitt Road** <br> **Gadsden, AL 35901** | - | | | | | | **1.00** |
| Account No. <br><br> **Daniel Deboard** <br> **708 W Main St** <br> **La Fayette, GA 30728** | - | | | | | | **1.00** |
| Account No. <br><br> **Darrell Bagley** <br> **1735 Verona Drive** <br> **Chattanooga, TN 37421** | - | | | | | | **451.00** |

Sheet no. __14__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **472.00**

In re   **American Fire Sprinklers, LLC**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Datatek - USA Inc**<br>**2809 Newby Road**<br>**Suite 123**<br>**Huntsville, AL 35805** | - | | | | | | 51.00 |
| Account No. | | | | | | | |
| **David B. Long**<br>**1226 Ridgeland Road**<br>**Rossville, GA 30741** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **David Hendrix**<br>**15 Old Hall Station Road**<br>**Kingston, GA 30145** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **David Himes**<br>**2805 Shauna Court**<br>**Apt B**<br>**Nashville, TN 37214** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **David's Commercial Tire Inc.**<br>**4624 Rutledge Pike**<br>**Knoxville, TN 37914** | - | | | | | | 3,934.00 |

Sheet no. __15__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          3,988.00

In re   **American Fire Sprinklers, LLC**                                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| DCA Ready Mix Inc. PO Box 1703 Decatur, AL 35602 | - | | | | | | | 142.00 |
| Account No. | | | | | | | | |
| Debbie Ramsey 8908 Hillside Drive Mascot, TN 37806 | - | | | | | | | 1.00 |
| Account No. | | | | | | | | |
| DeLassus & Associates PO Box 500126 Atlanta, GA 31150 | - | | | | | | | 1,577.00 |
| Account No. | | | | | | | | |
| Dell Financial Services Payment Processing Center PO Box 5292 Carol Stream, IL 60197 | - | | | | | | | 7,023.00 |
| Account No. | | | | | | | | |
| Denark Construction 1635 Western Ave Knoxville, TN 37921 | - | | | | | | | 1.00 |

Sheet no. __16__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          8,744.00

In re   **American Fire Sprinklers, LLC**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Dennis Lyle** **45 Pate Road** **Cordova, AL 35550** | - | | | | | | | 1.00 |
| Account No. | | | | | | | | |
| **Department of Labor and Workforce** **220 French Landing Dr** **Nashville, TN 37243** | - | | | | | | | 1.00 |
| Account No. | | | | | | | | |
| **Dept 56-4205514465** **Office Depot Credit Plan** **PO Box 689020** **Des Moines, IA 50368** | - | | | | | | | 1,083.00 |
| Account No. | | | | | | | | |
| **Derek Swanson** **66 Woods Road** **Tunnel Hill, GA 30755** | - | | | | | | | 1.00 |
| Account No. | | | | | | | | |
| **Doherty Pump & Equipment Sales** **Suite 400** **4324 Brogdon Exchange** **Suwanee, GA 30024** | - | | | | | | | 212.00 |

Sheet no. __17__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,298.00**

In re   **American Fire Sprinklers, LLC**                                        ,   Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Don Wilks** **34 Brock Drive** **Flintstone, GA 30725** | - | | | | | | | **1.00** |
| Account No. | | | | | | | | |
| **Drillco National Group** **PO Box 2182** **Astoria, NY 11102** | - | | | | | | | **532.00** |
| Account No. | | | | | | | | |
| **Duane Thomas** **634 Wedgewood Avenue** **Nashville, TN 37203** | - | | | | | | | **1.00** |
| Account No. | | | | | | | | |
| **Dustin Douglass** **1117 Fieldstone Drive** **Hixson, TN 37343** | - | | | | | | | **1.00** |
| Account No. | | | | | | | | |
| **Dustin Midgett** **318 Locust Street** **Mc Ewen, TN 37101** | - | | | | | | | **1.00** |

Sheet no. __18__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **536.00**

In re    **American Fire Sprinklers, LLC**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **East Tennessee Grading** <br> **4325 Jersey Pike A** <br> **Chattanooga, TN 37416** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **East Tennessee Rooter & Plumbing** <br> **PO Box 52906** <br> **Knoxville, TN 37950** | - | | | | | | 105.00 |
| Account No. | | | | | | | |
| **East Town Mini Storage** <br> **PO Box 31408** <br> **Knoxville, TN 37930** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **East Towne Urgent Care & Occ Health** <br> **4711 Centerline Drive** <br> **Knoxville, TN 37917** | - | | | | | | 270.00 |
| Account No. | | | | | | | |
| **Eddie Steele** <br> **4646 Old Mineral Springs Road** <br> **La Fayette, GA 30728** | - | | | | | | 1.00 |

Sheet no. __19__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **378.00**

In re   **American Fire Sprinklers, LLC**                                              ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Eddie Walker** **664 Lester Jarnigan Road** **Rutledge, TN 37861** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Eidson & Associates** **135 Birmingham St SW** **Cullman, AL 35055** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **EMJ Corporation** **2034 Hamilton Place Blvd** **Ste. 400** **Chattanooga, TN 37421** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Eric Edgeman** **197 Dalyrimple Lane** **Rock Spring, GA 30739** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Erlanger** **975 E. 3rd Street** **Chattanooga, TN 37403** | - | | | | | | 1.00 |

Sheet no. __20__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5.00

In re   **American Fire Sprinklers, LLC**                                  ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ethan Greenlee**<br>**824 Rebecca Lane**<br>**Jefferson City, TN 37760** | - | | | | | | 27.50 |
| Account No. <br><br>**Farley & Sathers**<br>**PO Box 28**<br>**Round Lake, MN 56167** | - | | | | | | 1.00 |
| Account No. <br><br>**Fastenal**<br>**PO Box 978**<br>**Winona, MN 55987** | - | | | | | | 4,015.00 |
| Account No. <br><br>**FaverGray Company**<br>**11555 Central Parkway**<br>**Ste. 301**<br>**Jacksonville, FL 32224** | - | | | | | | 1.00 |
| Account No. <br><br>**Ferguson Enterprises, Inc.**<br>**PO Box 100286**<br>**Atlanta, GA 30384** | - | | | | | | 567.00 |

Sheet no. __21__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal<br>                (Total of this page)     **4,611.50**

In re  **American Fire Sprinklers, LLC**                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Ferguson Fire & Fabrication** PO Box 100886 Atlanta, GA 30384 | - | | | | | | 181,775.92 |
| Account No. | | | | | | | |
| **Ferguson Fire & Fabrications** PO Box 770 Tucker, GA 30084 | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Fire Pro, LLC** 25187 HSV Brwonsferry Road Madison, AL 35756 | - | | | | | | 7,560.00 |
| Account No. | | | | | | | |
| **Fire Protection Design** 2022 Drakes Hill Ct Hendersonville, TN 37075 | - | | | | | | 14,500.00 |
| Account No. | | | | | | | |
| **Firestone Complete Auto Care** PO Box 403727 Atlanta, GA 30384 | - | | | | | | 518.00 |

Sheet no. __22__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

204,354.92

In re   **American Fire Sprinklers, LLC**                                    ,        Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Ford Credit** **PO Box 105697** **Atlanta, GA 30348** | - | | | | | | 6,912.00 |
| Account No. | | | | | | | |
| **Freddie Walker** **1575 Prarie Road** **Talbott, TN 37877** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Frey Ingenieure** **Illerstrabe 36 D-87447** **Martinszell Germany** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **FSG Bank** **PO Box 1606** **Chattanooga, TN 37401** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Fyffe Construction** **1544 Main St** **Fyffe, AL 35971** | - | | | | | | 1.00 |

Sheet no. __23__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      6,916.00

In re   **American Fire Sprinklers, LLC** _____,   Case No. _____

                                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Gallaher & Associates Inc**<br>**3351 Regal Drive**<br>**Alcoa, TN 37701** | - | | | | | | 1,464.00 |
| Account No. | | | | | | | |
| **Gary Daniels**<br>**106 Fox Lane**<br>**Washburn, TN 37888** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Gary McKinney**<br>**160 Michael Drive**<br>**Ringgold, GA 30736** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **George Black**<br>**1655 Ridgeway Road**<br>**La Fayette, GA 30728** | - | | | | | | 356.25 |
| Account No. | | | | | | | |
| **George W. Regan Company**<br>**PO Box 27096**<br>**Knoxville, TN 37917** | - | | | | | | 1.00 |

Sheet no. __24__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,823.25**

In re   **American Fire Sprinklers, LLC**                                    ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Georgia Department of Revenue Taxpayer Services Division PO Box 740321 Atlanta, GA 30374** | - | | | | | | 71.00 |
| Account No. | | | | | | | |
| **GK Services - Chatt 1625 Heraeus Blvd Buford, GA 30518** | - | | | | | | 1,093.00 |
| Account No. | | | | | | | |
| **Grainger Dept 867841983 PO Box 419267 Kansas City, MO 64141** | - | | | | | | 4,053.00 |
| Account No. | | | | | | | |
| **Greg Ford 6117 Atkins Road Knoxville, TN 37918** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Grisham Knight & Hooper 701 Market Street Suite 700 Chattanooga, TN 37401** | - | | | | | | 1,032.00 |

Sheet no. __25__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,250.00

In re __**American Fire Sprinklers, LLC**_____,    Case No. _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Guardian Automatic Sprinkler Co 555 Brick Church Park Drive Nashville, TN 37207** | | | | | | | **566.00** |
| Account No. | | - | | | | | |
| **Guardian Safety Solutions International 8701 Carpenter Freeway Suite 230 Dallas, TX 75247** | | | | | | | **74.00** |
| Account No. | | - | | | | | |
| **Hamilton Co. Maintenance 1110 Dayton Blvd Chattanooga, TN 37405** | | | | | | | **1.00** |
| Account No. | | - | | | | | |
| **Hamilton Co. Schools 2501 Dodds Avenue Chattanooga, TN 37407** | | | | | | | **1.00** |
| Account No. | | - | | | | | |
| **Hardaway Construction PO Box 60429 Nashville, TN 37206** | | | | | | | **1.00** |

Sheet no. __26__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **643.00**

In re  **American Fire Sprinklers, LLC**                              ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hartford Insurance Company of Midwest** <br>**Flood Insurance Processing Center** <br>**PO Box 410024** <br>**Salt Lake City, UT 84142** | - | | | | | | 100.00 |
| Account No. <br><br>**Hasler Inc.** <br>**PO Box 3808** <br>**Milford, CT 06460** | - | | | | | | 102.00 |
| Account No. <br><br>**Hasler Neopost** <br>**PO Box 3808** <br>**Milford, CT 06460** | - | | | | | | 51.00 |
| Account No. <br><br>**Hayes Pipe & Supply** <br>**3000 Industrial Parkway East** <br>**Knoxville, TN 37921** | - | | | | | | 183.00 |
| Account No. <br><br>**Hayes Pipe Supply Inc** <br>**PO Box 101550** <br>**Nashville, TN 37224** | - | | | | | | 13,955.00 |

Sheet no. __27__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,391.00

In re    **American Fire Sprinklers, LLC**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **HD Supply Waterworks LTD** **PO Box 277838** **Atlanta, GA 30384** | - | | | | | | 32,120.00 |
| Account No. | | | | | | | |
| **Heiser Logistics** **PO Box 730** **Canandaigua, NY 14424** | - | | | | | | 7,879.00 |
| Account No. | | | | | | | |
| **Helton Construction** **4109 Mtn View Ave** **Ste. 100** **Chattanooga, TN 37415** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Hertz Equipment** **PO Box 650280** **Dallas, TX 75247** | - | | | | | | 3,896.00 |
| Account No. | | | | | | | |
| **Hoar Construction** **Two Metroplex Dr** **Ste. 400** **Birmingham, AL 35209** | - | | | | | | 1.00 |

Sheet no. __28__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              43,897.00

In re   **American Fire Sprinklers, LLC**          ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Holston Gasses**<br>**1105 Stuart Street**<br>**Chattanooga, TN 37406** | - | | | | | | 159.00 |
| Account No.<br><br>**Home Depot Credit Services**<br>**Dept 32-2505470801**<br>**PO Box 9055**<br>**Des Moines, IA 50368** | - | | | | | | 6,282.00 |
| Account No.<br><br>**Horizon Retail Construction**<br>**1500 Horizon Drive**<br>**Sturtevant, WI 53177** | - | | | | | | 1.00 |
| Account No.<br><br>**Hudson Construction**<br>**1455 Old Alabama Road**<br>**St. 190**<br>**Roswell, GA 30076** | - | | | | | | 1.00 |
| Account No.<br><br>**Humphrey's & Associates**<br>**PO Box 206**<br>**Soddy Daisy, TN 37384** | - | | | | | | 1.00 |

Sheet no. __29__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,444.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Fire Sprinklers, LLC**                                   ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Hydratec Inc. 64 Havenhill Road Route 111 Windham, NH 03087** | - | | | | | | | 2,435.79 |
| Account No. | | | | | | | | |
| **I/S Engineering and Utilities 714 Eighth Avenue South Nashville, TN 37203** | - | | | | | | | 92,633.00 |
| Account No. | | | | | | | | |
| **Ice Makers Inc PO Box 22086 Chattanooga, TN 37422** | - | | | | | | | 158.00 |
| Account No. | | | | | | | | |
| **Imaging Technologies PO Box 13426 Atlanta, GA 30324** | - | | | | | | | 186.00 |
| Account No. | | | | | | | | |
| **Independent Healthcare Properties LLC PO Box 813 Ooltewah, TN 37363** | - | | | | | | | 1.00 |

Sheet no. __30__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95,413.79

In re    **American Fire Sprinklers, LLC**                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **International Equipment Co** **PO Box 4026** **Chattanooga, TN 37405** | - | | | | | | 14,253.00 |
| Account No. | | | | | | | |
| **J&J Contractors** **700 W. Main Street** **Chattanooga, TN 37402** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **James Kelly** **3543 Bennett Road** **Chattanooga, TN 37412** | - | | | | | | 110.25 |
| Account No. | | | | | | | |
| **James Ray** **314 Lotton Lane** **Chickamauga, GA 30707** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **James Rosenbiam** **232 E Redbud Dr** **Knoxville, TN 37920** | - | | | | | | 1.00 |

Sheet no. __31__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    14,366.25

In re **American Fire Sprinklers, LLC** ,    Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **James Steele** 4646 Old Mineral Springs Road La Fayette, GA 30728 | - | | | | | | 293.45 |
| Account No. **Jani King** 10133 Sherrill Blvd Suite 130 Knoxville, TN 37932 | - | | | | | | 55.00 |
| Account No. **Jason Beeler** 1419 Bull Run Road Luttrell, TN 37779 | - | | | | | | 1.00 |
| Account No. **Jason Mills** 1918 Round Barn Road Powder Springs, TN 37848 | - | | | | | | 1.00 |
| Account No. **Jeff Bowman** 60 Bowman Court Chickamauga, GA 30707 | - | | | | | | 1.00 |

Sheet no. __32__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    351.45

In re    **American Fire Sprinklers, LLC**                                    ,        Case No. _____

_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| Jeremy Ferguson 288 Spring Road Calhoun, GA 30701 | | | | | | | 1.00 |
| Account No. | | - | | | | | |
| Jerry Black 2875 Lake Howard Road La Fayette, GA 30728 | | | | | | | 1.00 |
| Account No. | | - | | | | | |
| Jerry George 1051 Armstrong Ferry Road Decatur, TN 37322 | | | | | | | 1.00 |
| Account No. | | - | | | | | |
| Jesse A. Archer 238 Bay Harbour Mooresville, NC 28117 | | | | | | | 1.00 |
| Account No. | | - | | | | | |
| Jimmy Ramsey 11270 Lakeshore Dr Rutledge, TN 37861 | | | | | | | 472.88 |

Sheet no. __33__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          476.88

9/21/10 9:29AM

In re **American Fire Sprinklers, LLC** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Joe Boyd**<br>**372 E. Long Hollow Road**<br>**Rock Spring, GA 30739** | - | | | | | | 1.00 |
| Account No. <br><br>**Joe DeBoard**<br>**708 W. Main Street**<br>**La Fayette, GA 30728** | - | | | | | | 560.29 |
| Account No. <br><br>**Joey Dupree**<br>**127 Goodson Avenue #4**<br>**Chattanooga, TN 37405** | - | | | | | | 1.00 |
| Account No. <br><br>**John Deere Credit**<br>**PO Box 4450**<br>**Carol Stream, IL 60197** | - | | | | | | 1,162.00 |
| Account No. <br><br>**Joseph Boyd**<br>**372 East Long Hollow Road**<br>**Rock Spring, GA 30739** | - | | | | | | 1,082.25 |

Sheet no. __34__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,806.54

In re  **American Fire Sprinklers, LLC**                          ,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Joseph Construction** **PO Box 4661** **Sevierville, TN 37864** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Joseph Eaker** **274 Wisely Way** **Ringgold, GA 30736** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Knoxville Blue Print & Supply Company** **PO Box 3293** **Knoxville, TN 37927** | - | | | | | | 1,314.00 |
| Account No. | | | | | | | |
| **Knoxville Red Light Photo Enforcement** **Dept No. 888516** **Knoxville, TN 37995** | - | | | | | | 50.00 |
| Account No. | | | | | | | |
| **KUB** **PO Box 59017** **Knoxville, TN 37950** | - | | | | | | 588.00 |

Sheet no. __35__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,954.00

9/21/10 9:29AM

In re __American Fire Sprinklers, LLC_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Kurt Swanson** **2221 Swanson Road** **Ringgold, GA 30736** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Kyle Witherspoon** **2657 Hopewell Church Road** **Sherrills Ford, NC 28673** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **LabCorp** **America Holdings** **PO Box 12140** **Burlington, NC 27216** | - | | | | | | 45.00 |
| Account No. | | | | | | | |
| **Larry Daniels** **7708 Nicholas Drive** **Corryton, TN 37721** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Larry Ulrey** **6435 Davis Hill Road** **Harrison, TN 37341** | - | | | | | | 1.00 |

Sheet no. __36__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    49.00

In re   **American Fire Sprinklers, LLC**                                      ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lee Builders Inc.** <br> **2049 Fisher St. SW** <br> **Huntsville, AL 35803** | - | | | | | | 1.00 |
| Account No. <br><br> **Lee Rose** <br> **1313 Indian Creek Road** <br> **Mc Ewen, TN 37101** | - | | | | | | 1.00 |
| Account No. <br><br> **Leroy Pope** <br> **6140 County Rd 222** <br> **Cullman, AL 35057** | - | | | | | | 0.00 |
| Account No. <br><br> **Lewis Brock** <br> **2013 Ann Lane** <br> **Cleveland, TN 37312** | - | | | | | | 1.00 |
| Account No. <br><br> **Maintenance Rubber & Pump Co.** <br> **PO Box 22314** <br> **Chattanooga, TN 37422** | - | | | | | | 59.00 |

Sheet no. __37__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62.00

In re   **American Fire Sprinklers, LLC**
,   Case No. _____

               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Marc Morrison**<br>**101 Longwood Street**<br>**Chickamauga, GA 30707** | - | | | | | | 1.00 |
| Account No.<br><br>**Marco Supply Company**<br>**PO Box 11586**<br>**Roanoke, VA 24022** | - | | | | | | 3,005.00 |
| Account No.<br><br>**Mark Bowman**<br>**60 Haleys Cove Drive**<br>**Chickamauga, GA 30707** | - | | | | | | 1.00 |
| Account No.<br><br>**Mark Sewell**<br>**320 Smith Hollow Road**<br>**Blaine, TN 37709** | - | | | | | | 1.00 |
| Account No.<br><br>**Mark Ulrey**<br>**6550 Highway 60**<br>**Birchwood, TN 37308** | - | | | | | | 1.00 |

Sheet no. __38__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      3,009.00

In re __American Fire Sprinklers, LLC_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mathews Holdings, LLC** **915 Pineville Road** **Suite 200** **Chattanooga, TN 37405** | - | | | | | | **47,378.14** |
| Account No. | | | | | | | |
| **Matthew Reynolds** **515 George Wallace Drive** **Apartment A6** **Gadsden, AL 35901** | - | | | | | | **1.00** |
| Account No. | | | | | | | |
| **May Brothers Automotive** **6807 Lee Hwy** **Chattanooga, TN 37421** | - | | | | | | **3,494.00** |
| Account No. | | | | | | | |
| **Memorial Health Care Sys** **PO Box 644497** **Pittsburgh, PA 15264** | - | | | | | | **69.00** |
| Account No. | | | | | | | |
| **Messer Construction** **120 Perimeter Park Road** **Knoxville, TN 37922** | - | | | | | | **1.00** |

Sheet no. __39__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,943.14**

In re  **American Fire Sprinklers, LLC**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Messer Construction Co. 230 Great Circle Road Ste. 238 Nashville, TN 37228** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Michael Greer 1229 Malone St Gadsden, AL 35901** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Michael Kinser 7209 Tanya Drive Harrison, TN 37341** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Mike Dalton 1126 Charwood Lane Hixson, TN 37343** | - | | | | | | 1,150.00 |
| Account No. | | | | | | | |
| **Mike Spurling 208 Cheltenham Avenue Franklin, TN 37064** | - | | | | | | 1.00 |

Sheet no. __40__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,153.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Fire Sprinklers, LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mike Ulrey** <br> **6435 Davis Hill Road** <br> **Harrison, TN 37341** | - | | | | | | 10,699.00 |
| Account No. <br><br> **Miller Brothers Auto Repair** <br> **7123 Tazewell Pike** <br> **Corryton, TN 37721** | - | | | | | | 441.00 |
| Account No. <br><br> **Mobile Mini Inc** <br> **PO Box 740773** <br> **Cincinnati, OH 45274** | - | | | | | | 2,544.00 |
| Account No. <br><br> **Montgomery Insurance** <br> **PO Box 6486** <br> **Carol Stream, IL 60197** | - | | | | | | 7,327.00 |
| Account No. <br><br> **Mr. Albert Herrera** <br> **827 Signal Mountain Road** <br> **Chattanooga, TN 37405** | - | | | | | | 1.00 |

Sheet no. __41__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     21,012.00

In re   **American Fire Sprinklers, LLC** _____,   Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Mr. Charles F. Perkins**<br>**7722 Hancock Road**<br>**Chattanooga, TN 37416** | | - | | | | | | | 1.00 |
| Account No.<br><br>**Mr. Clark Crawford**<br>**11738 Dolly Pond Road**<br>**Birchwood, TN 37308** | | - | | | | | | | 1.00 |
| Account No.<br><br>**Mr. Craig Bowman**<br>**1520 Waterhouse St**<br>**Chattanooga, TN 37412** | | - | | | | | | | 1.00 |
| Account No.<br><br>**Mr. Ethan Greenlee**<br>**824 Rebecca Lane3**<br>**Jefferson City, TN 37760** | | - | | | | | | | 1.00 |
| Account No.<br><br>**Mr. Sean Jones**<br>**226 S. Howell Avenue**<br>**Chattanooga, TN 37411** | | - | | | | | | | 1.00 |

Sheet no. __42__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **5.00**

In re   **American Fire Sprinklers, LLC**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mr. Terry Mitchell** <br> **2057 Old Bethel Road** <br> **Chickamauga, GA 30707** | - | | | | | | 1.00 |
| Account No. <br><br> **Mr. Wesley Muncey** <br> **144 Bower Hollow Road** <br> **Luttrell, TN 37779** | - | | | | | | 1.00 |
| Account No. <br><br> **Mrs. Heather Smith** <br> **663 Bruner Road** <br> **Strawberry Plains, TN 37871** | - | | | | | | 1.00 |
| Account No. <br><br> **Myrick Gurosky & Associates** <br> **4 Riverchase Ridge** <br> **Birmingham, AL 35244** | - | | | | | | 1.00 |
| Account No. <br><br> **Nashville High Lift** <br> **PO Box 210676** <br> **Nashville, TN 37221** | - | | | | | | 4,167.00 |

Sheet no. __43__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 4,171.00

In re   **American Fire Sprinklers, LLC**                                    ,      Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Nealson Fields** 2728 Waring Road Dalton, GA 30721 | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **NEFF Rental** PO Box 405138 Atlanta, GA 30384 | - | | | | | | 455.00 |
| Account No. | | | | | | | |
| **Nelson Fields** 304 Longley Rd Ocoee, TN 37361 | - | | | | | | 3,102.85 |
| Account No. | | | | | | | |
| **NES Rentals** PO Box 8500-1226 Philadelphia, PA 19178 | - | | | | | | 9,127.00 |
| Account No. | | | | | | | |
| **Occupational Health Services** 2337 McCallie Ave Plaza 1, Suite 102 Chattanooga, TN 37404 | - | | | | | | 84.00 |

Sheet no. __44__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,769.85**

In re __American Fire Sprinklers, LLC_____ ,     Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Office Depot**<br>**OFfice Depot Credit Plan**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | - | | | | | | 479.00 |
| Account No.<br><br>**Palmertree Construction**<br>**PO Box 416**<br>**Winchester, TN 37398** | - | | | | | | 1.00 |
| Account No.<br><br>**Pearce Construction**<br>**PO Box 2563**<br>**Huntsville, AL 35804** | - | | | | | | 1.00 |
| Account No.<br><br>**Penhall**<br>**Dept 2911**<br>**Los Angeles, CA 90084** | - | | | | | | 1,250.00 |
| Account No.<br><br>**Pennzoil**<br>**7500 Asheville Hwy**<br>**Knoxville, TN 37924** | - | | | | | | 507.00 |

Sheet no. __45__ of __63__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)     2,238.00

In re **American Fire Sprinklers, LLC**                                     , Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Permit & Fuel Tax Services** **5964 Dayton Blvd** **Chattanooga, TN 37415** | - | | | | | | 75.00 |
| Account No. | | | | | | | |
| **Phillip Wilson** **100 Meadow Lane** **Mc Ewen, TN 37101** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Pipeline Utility Contractors LLC** **PO Box 1053** **Bristol, TN 37621** | - | | | | | | 9,200.24 |
| Account No. | | | | | | | |
| **Piping Supply Company Inc** **PO Box 5099** **Chattanooga, TN 37406** | - | | | | | | 10,006.00 |
| Account No. | | | | | | | |
| **Piping Systems Inc.** **PO Box 351** **Huntsville, AL 35804** | - | | | | | | 66.00 |

Sheet no. __46__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **19,348.24**

In re  **American Fire Sprinklers, LLC**                                         ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Plumbers Supply Company** **PO Box 6149** **Louisville, KY 40206** | - | | | | | | 5,359.76 |
| Account No. | | | | | | | |
| **Pollard Water** **200 Atlantic Avenue** **New Hyde Park, NY 11040** | - | | | | | | 165.00 |
| Account No. | | | | | | | |
| **ProBuilt Development** **PO Box 356** **Fort Myers, FL 33902** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **PTS Leasing** **Laden Financial Services** **PO Box 41602** **Philadelphia, PA 19101** | - | | | | | | 211.00 |
| Account No. | | | | | | | |
| **PTS Office Automation** **PO Box 11043** **Knoxville, TN 37939** | - | | | | | | 34.00 |

Sheet no. __47__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      5,770.76

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Fire Sprinklers, LLC**                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Puckett Rents** PO Box 3170 Jackson, MS 39207 | - | | | | | | | | 5,521.00 |
| Account No. **Ralph Mathews** PO Box 15127 Chattanooga, TN 37415 | - | | | | | | | | 0.00 |
| Account No. **Ray McBurnett** 4849 Highway 157 Rising Fawn, GA 30738 | - | | | | | | | | 1.00 |
| Account No. **Ready Mix USA** PO Box 2643 Dalton, GA 30722 | - | | | | | | | | 380.00 |
| Account No. **Reliable Sprinkler Co** 103 Fairview Park Dr Elmsford, NY 10523 | - | | | | | | | | 1,996.00 |

Sheet no. __48__ of __63__ sheets attached to Schedule of               Subtotal            | 7,898.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

In re   **American Fire Sprinklers, LLC** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **RG Anderson Company** **1801 West End Avenue** **Ste. 1800** **Nashville, TN 37203** | | | | | | | | 1.00 |
| Account No. | | - | | | | | | |
| **Richard Lavender** **3230 Kings Row Drive** **Rock Hill, SC 29732** | | | | | | | | 5,306.00 |
| Account No. | | - | | | | | | |
| **RICOH** **PO Box 4245** **Carol Stream, IL 60197** | | | | | | | | 23.00 |
| Account No. | | - | | | | | | |
| **Ringo Ramsey** **11270 Lakeshore Dr** **Rutledge, TN 37861** | | | | | | | | 1.00 |
| Account No. | | - | | | | | | |
| **Robby D. Hester** **406 Alma Road** **Jasper, AL 35501** | | | | | | | | 1.00 |

Sheet no. __49__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,332.00

In re **American Fire Sprinklers, LLC** _____ ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Robert Darden** <br> **353 Glenda Lane** <br> **Ringgold, GA 30736** | - | | | | | | 1.00 |
| Account No. <br><br> **Rodney Gipson** <br> **45 Countyh Road 412** <br> **Cullman, AL 35057** | - | | | | | | 1.00 |
| Account No. <br><br> **Ronald Kitts** <br> **PO Box 44** <br> **Luttrell, TN 37779** | - | | | | | | 1.00 |
| Account No. <br><br> **Roper Corporation** <br> **1507 Broomtown Road** <br> **La Fayette, GA 30728** | - | | | | | | 1.00 |
| Account No. <br><br> **Royal Seals Construction** <br> **124 McMakin Road** <br> **Argyle, TX 76226** | - | | | | | | 1.00 |

Sheet no. __50__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5.00**

9/21/10 9:29AM

In re **American Fire Sprinklers, LLC** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **RSC Equipment Rental** PO Box 840514 Dallas, TX 75284 | - | | | | | | 3,675.00 |
| Account No. | | | | | | | |
| **Russell Construction** PO Box 242008 Montgomery, AL 36124 | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **S&R Contracting** PO Box 8883 Chattanooga, TN 37404 | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Sam King Construction** PO Box 1108 Pigeon Forge, TN 37868 | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Schaerer Construction** 1720 Sholar Avenue Chattanooga, TN 37406 | - | | | | | | 1.00 |

Sheet no. __51__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,679.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Fire Sprinklers, LLC**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Scharenbergh Industrieanlagen Bremer Landstrabe 32 D 27412 Tramstedt Germany | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| Scott-Gross Company, Inc. 664 Magnolia Avenue Lexington, KY 40505 | - | | | | | | 559.00 |
| Account No. | | | | | | | |
| Sean Jones 226 S. Howell Ave Chattanooga, TN 37411 | - | | | | | | 93.58 |
| Account No. | | | | | | | |
| Seismic Control & Isolation Inc. 11188 Downs Road Pineville, NC 28134 | - | | | | | | 5,043.00 |
| Account No. | | | | | | | |
| Shalice Hornsby 118 Laurelwood Trail Graysville, TN 37338 | - | | | | | | 1.00 |

Sheet no. __52__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,697.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Fire Sprinklers, LLC**                                      ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Shane Meeks** **105 Fairwood Drive** **York, SC 29745** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Shaner** **1965 Waddle Road** **State College, PA 16803** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Smith Lake Hardware & Building Supply** **6140 County Road 222** **Cullman, AL 35057** | - | | | | | | 949.00 |
| Account No. | | | | | | | |
| **Southeast Fire Services Inc.** **PO Box 855** **Cullman, AL 35056** | - | | | | | | 1,102.00 |
| Account No. | | | | | | | |
| **Southeast Rubber & Safety** **Commercial Finance Group** **PO Box 420247** **Atlanta, GA 30342** | - | | | | | | 10.00 |

Sheet no. __53__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **2,063.00**

In re   **American Fire Sprinklers, LLC**                                        ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Southern Pipe & Supply**<br>**1706 Transport Lane**<br>**Knoxville, TN 37924** | - | | | | | | **14,543.00** |
| Account No.<br><br>**Southland Constructors LLC**<br>**1587 Mallory Lane**<br>**Ste. 100**<br>**Brentwood, TN 37027** | - | | | | | | **1.00** |
| Account No.<br><br>**Stanley White**<br>**66 Gentry Lane**<br>**Chickamauga, GA 30707** | - | | | | | | **1.00** |
| Account No.<br><br>**Steven Snider**<br>**161 Bristville Shores Road**<br>**Georgetown, TN 37336** | - | | | | | | **1.00** |
| Account No.<br><br>**Sunbelt Rentals**<br>**PO Box 409211**<br>**Atlanta, GA 30384** | - | | | | | | **1,674.00** |

Sheet no. __54__ of __63__ sheets attached to Schedule of                          Subtotal                          **16,220.00**
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

In re   **American Fire Sprinklers, LLC**                                          ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Tapp Water & Sewer Lines, LLC** **115 Pine Grove Access Rd** **Ringgold, GA 30736** | - | | | | | | | 300.00 |
| Account No. | | | | | | | | |
| **Tennessee Department of Labor & Workforc** **Employer Accounts Operations** **PO Box 101** **Nashville, TN 37202** | - | | | | | | | 34,083.00 |
| Account No. | | | | | | | | |
| **Tennessee Department Revenue** **Andrew Jackson Building** **500 Deaderick St** **Nashville, TN 37242** | - | | | | | | | 4,145.00 |
| Account No. | | | | | | | | |
| **Tennessee Urgent Care Associates** **TUCA** **Corporate Office** **339 White Bridges Road** **Nashville, TN 37209** | - | | | | | | | 35.00 |
| Account No. | | | | | | | | |
| **Tennessee Waste Haulers, LLC** **PO Box 16155** **Chattanooga, TN 37416** | - | | | | | | | 555.00 |

Sheet no. __55__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,118.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Fire Sprinklers, LLC**                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1252967** <br><br> **The Cincinnati Insurance Companies c/o Richardson Spear Spear & Hamby PC PO Box 1347 Hickory Flat, MS 38633** | | - | | | | | X | 45,000.00 |
| Account No. <br><br> **The Cor-Ten Company 111 State Street Knoxville, TN 37902** | | - | | | | | | 927.00 |
| Account No. <br><br> **The Hartford PO Box 2907 Hartford, CT 06104** | | - | | | | | | 130.00 |
| Account No. <br><br> **The Huntsville Times PO Box 905912 Charlotte, NC 28290** | | - | | | | | | 197.00 |
| Account No. <br><br> **The Strauss Co. 415 Tremont St Chattanooga, TN 37405** | | - | | | | | | 1.00 |

Sheet no. __**56**__ of __**63**__ sheets attached to Schedule of           Subtotal            | 46,255.00
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

In re **American Fire Sprinklers, LLC**_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Theresa Ulrey 6435 Davis Hill Road Harrison, TN 37341 | | - | | | | | 13,581.00 |
| Account No. | | | | | | | |
| Thompson-Fisher Inc. 4525 Parkway Drive Florence, AL 35630 | | - | | | | | 1.00 |
| Account No. | | | | | | | |
| TNT Concrete 996 County Road 20 Calhoun, TN 37309 | | - | | | | | 5,337.00 |
| Account No. | | | | | | | |
| Total Funds By Hasler PO Box 30193 Tampa, FL 33630 | | - | | | | | 531.00 |
| Account No. | | | | | | | |
| Total Sprinkler Supply 35 Sparrow Drive Fort Mitchell, AL 36856 | | - | | | | | 6,737.00 |

Sheet no. __57__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          26,187.00

In re    **American Fire Sprinklers, LLC**                                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Truck N Trailers USA**<br>**4591 N. Access Road**<br>**Chattanooga, TN 37415** | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| **True-Line Coring & Cutting/Nashville**<br>**PO Box 87-8029**<br>**Kansas City, MO 64187** | - | | | | | | 2,320.00 |
| Account No. | | | | | | | |
| **Tyco-Fire & Building Products**<br>**PO Box 371157**<br>**Pittsburgh, PA 15251** | - | | | | | | 31,166.00 |
| Account No. | | | | | | | |
| **U.S. Department of LAbor**<br>**Wage and Hour**<br>**1321 Murfreesboro Road**<br>**Nashville, TN 37217** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Unishippers**<br>**PO Box 24473**<br>**Chattanooga, TN 37422** | - | | | | | | 1,324.00 |

Sheet no. __58__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **34,901.00**

In re   **American Fire Sprinklers, LLC**                                    ,                    Case No. _____
                                                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **United Rentals** <br> **PO Box 100711** <br> **Atlanta, GA 30384** | - | | | | | | 35,585.00 |
| **Account No.** <br><br> **Varnell Construction Company** <br> **PO Box 10** <br> **Harrison, TN 37341** | - | | | | | | 1.00 |
| **Account No.** <br><br> **Varner Homes & Development** <br> **PO Box 70728** <br> **Knoxville, TN 37938** | - | | | | | | 1.00 |
| **Account No.** <br><br> **Vega** <br> **PO Box 22937** <br> **Chattanooga, TN 37422** | - | | | | | | 1.00 |
| **Account No.** <br><br> **Verizon Wireless** <br> **PO Box 660108** <br> **Dallas, TX 75266** | - | | | | | | 5,441.00 |

Sheet no. __59__ of __63__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)     **41,029.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Fire Sprinklers, LLC**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Viking Supply Net** **2761 Momentum Place** **Chicago, IL 60689** | | | | | | | **2,547.00** |
| Account No. | | - | | | | | |
| **Volkswagen Group of America** **7000 Discovery Drive** **Chattanooga, TN 37416** | | | | | | | **1.00** |
| Account No. | | - | | | | | |
| **Volunteer Utility Sales Inc** **PO Box 398** **Mount Juliet, TN 37121** | | | | | | | **24.00** |
| Account No. | | - | | | | | |
| **Volvo Rents** **1313 East 12th Street** **Chattanooga, TN 37404** | | | | | | | **1,319.00** |
| Account No. | | - | | | | | |
| **Vulcan Materials Company** **PO Box 15100** **Knoxville, TN 37901** | | | | | | | **1,145.00** |

Sheet no. __60__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,036.00**

In re **American Fire Sprinklers, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Walbridge/EMJ JV 777 Woodward Avenue Ste. 300 Detroit, MI 48226** | - | | | | | | | | 1.00 |
| Account No. | | | | | | | | | |
| **Walter A. Wood PO Box 72847 Chattanooga, TN 37407** | - | | | | | | | | 30.00 |
| Account No. | | | | | | | | | |
| **Wasserman Construction PO Box 32646 Knoxville, TN 37930** | - | | | | | | | | 1.00 |
| Account No. | | | | | | | | | |
| **Waste Management of Tenn-Knoxville PO Box 9001054 Louisville, KY 40290** | - | | | | | | | | 180.00 |
| Account No. | | | | | | | | | |
| **Wesley Muncey 144 Bower Hollow Road Luttrell, TN 37779** | - | | | | | | | | 55.76 |

Sheet no. __61__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           267.76

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Fire Sprinklers, LLC**                                    ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Whitlocks General Store** 6446 County Road 222 Cullman, AL 35057 | - | | | | | | 1,478.00 |
| Account No. | | | | | | | |
| **Wholesale Collectors Association** PO Box 48146 Niles, IL 60714 | - | | | | | | 4,053.00 |
| Account No. | | | | | | | |
| **William Monroe** 342 Holder Ford Road Kingston, TN 37763 | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Williams Concrete Cutting Services** PO Box 8858 Chattanooga, TN 37414 | - | | | | | | 918.00 |
| Account No. | | | | | | | |
| **Winesett - Hill Construction** 5173 Austin Road Hixson, TN 37343 | - | | | | | | 0.00 |

Sheet no. __62__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,450.00**

In re   **American Fire Sprinklers, LLC**                                              ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Woodward Construction** <br>**PO Box 818** <br>**Hartselle, AL 35640** | | - | | | | | 1.00 |
| Account No. <br><br>**Yellow Book - Mid Atlantic** <br>**PO Box 11815** <br>**Newark, NJ 07101** | | - | | | | | 14.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __63__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 15.00 |
| | Total (Report on Summary of Schedules) | 1,124,003.15 |

B6G (Official Form 6G) (12/07)

In re    **American Fire Sprinklers, LLC**                                                   ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Creek Properties, LLC**<br>**915 Pineville Road**<br>**Chattanooga, TN 37405** | **Lease of 4317 North Creek Road, Chattanooga, TN 37406** |
| **Leroy Pope**<br>**6140 County Road 222**<br>**Cullman, AL 35057** | **6210 County Road 222, Cullman, AL 35057** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **American Fire Sprinklers, LLC**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chris Mathews** | **Various** |
| **Mike Ulrey** | **Various** |
| **Ralph Mathews** | **Various** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Eastern District of Tennessee

In re    **American Fire Sprinklers, LLC**           Case No.

                                             Debtor(s)           Chapter    **7**


## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


        I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **77**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date    **September 21, 2010**                 Signature    **/s/ Chris Mathews**

                                                            **Chris Mathews**

                                                              **Member**


*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **American Fire Sprinklers, LLC**        Case No.

                                      Debtor(s)      Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **September 21, 2010**               **/s/ Chris Mathews**

                                       **Chris Mathews**/**Member**
                                       Signer/Title

Date:    **September 21, 2010**               **/s/ Thomas E. Ray**

                                       Signature of Attorney
                                       **Thomas E. Ray 001211**
                                       **Samples, Jennings, Ray & Clem, PLLC**
                                       **130 Jordan Drive**
                                       **Chattanooga, TN 37421**
                                       **423-892-2006   Fax: 423-892-1919**

3600 LLC
3600 Pleasant Ridge Road
Knoxville, TN 37921

AAA Answering Service
PO Box 91347
Chattanooga, TN 37412

Advanced Pest Control of Alabama LLC
6160 Country Road 222
Cullman, AL 35057

Aflac
1932 Wynnton Road
Columbus, GA 31999

AGC of East Tennessee
101 West 21st St.
Chattanooga, TN 37408

AHB
2714 Independence Street
Metairie, LA 70006

Ahern Rentals
4241 Arville Street
Las Vegas, NV 89103-3713

Alabama Farm Credit
PO Box 639
Cullman, AL 35056

Alabama Farm Credit Office
1949 Saint Joseph Dr NW
Cullman, AL 35055

Albany Mini Warehouses
PO Box 70491
Albany, GA 31708-0491

Albert Herrera
827 Signal Mountain Road
Chickamauga, GA 30707

Alternative Mailing Solutions
3435 Breckingridge Blvd
Suite 100
Duluth, GA 30096

Ameican National Insurance Company
Attn: Michael DeMarco
PO Box 1830
Galveston, TX 77553-1830

American Backflow Products Co.
PO Box 37025
Tallahassee, FL 32315

American Pipe & Supply
PO Box 11474
Birmingham, AL 35202

American Pipe and Supply Co
4100 Eastlake Blvd
Birmingham, AL 35217

Argco
PO Box 1899
Vista, CA 92085-1899

AT&T Advertising & Publishing
PO Box 105024
Atlanta, GA 30348-5024

Austin Agar
10920 Dolly Pond Road
Ooltewah, TN 37363

Baker Donelson Bearman
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450

Ballard Equipment
3217 Rossville Blvd
Chattanooga, TN 37407

Bavco
20436 South Susana Road
Long Beach, CA 90810-1136

Bay City Construction Services, LLC
10432 Old Hwy 43
Creola, AL 36525

BB&T
PO Box 580003
Charlotte, NC 28258

BESCO
1800 N. Central St
Knoxville, TN 37917

Billy Gann
509 Flegal Avenue
Rossville, GA 30741

Birch Communications Inc.
Dept AT 952855
Atlanta, GA 31192

Blue Cross Blue Shield
Receipts Department
PO Box 180172
Chattanooga, TN 37401

Bobby Baugh
5220 Creeks Bend Lane
Hixson, TN 37343

Bomar Construction
2949 Brick Church Pike
Nashville, TN 37207

Bomar Construction Co
c/o Lisa Cole
201 4th Ave
Ashland City, TN 37015

Bradley Tank & Pipe
PO Box 3146
Cleveland, TN 37320

Brandy Hayes
1032 Kendrick Switch Road
Chickamauga, GA 30707

Brasfield & Gorrie
120 Page Road North
Pinehurst, NC 28374

Brasfield & Gorrie
120 Page Road N
Pinehurst, NC 28374

Brendie Fire Equipment Inc
2755 Gunter Park Drive
Montgomery, AL 36109

Brock Insurance Co
823 Chickamauga Avenue
Rossville, GA 30741

Brooks Equipment
PO Box 60594
Charlotte, NC 28260

Brownlee Construction
3409 Henson Rd
Knoxville, TN 37921

Builders Exchange of Tennessee
PO Box 226
Knoxville, TN 37901

Building Systems Technology Inc
1310 Centerpoint Blvd
Knoxville, TN 37932

Burt & Associates
6700 Pinecrest Dr
Suite 150
Plano, TX 75024

Byron L Saintsing
PO Box 26268
Raleigh, NC 27611

C&C Oxygen
3615 Rossville Blvd
Chattanooga, TN 37407

Cameron Germain
Adam Gage Court
Rock Spring, GA 30739

Capital Mark Bank
PO Box 671
Chattanooga, TN 37401

Capital Mark Bank & Trust
PO Box 671
Chattanooga, TN 37401

Care Supply
2944 Kraft Drive
Nashville, TN 37204

Carl E. Levi Hamilton Co Trustee
PO Box 11047
Chattanooga, TN 37401

Carolyn's Florist
4511 Hwy 58
Chattanooga, TN 37416

Carra Hewitt Grapic Design
220 Elm St. No. 23
Oxford, MS 38655

Carta
1617 Wilcox Blvd
Chattanooga, TN 37406

Casey Burdette
587 Brenden Road
New Johnsonville, TN 37134

Catherine Quest
Circuit Court Clerk
City County Building, Suite M-30
400 Main Street
Knoxville, TN 37902

CBL & Associates Properties
CBL Center Suite 500
2030 Hamilton Place Blvd
Chattanooga, TN 37421

Cedar Buff Crossing
PO Box 32309
Knoxville, TN 37930

Central Pipe & Supply
4164 NE Expressway
Suite A
Atlanta, GA 30340

Chad Black
1655 Ridgeway Road
La Fayette, GA 30728

Chancery Court
1001 Lindsay Street
Chattanooga, TN 37402

Charles Perkins
7722 Lakeshore Dr
Rutledge, TN 37861

Chattanooga Gas
PO Box 11227
Chattanooga, TN 37401

Chazler Construction
104 Cedar Lane
Chattanooga, TN 37421

Chi Omega House
4456 James Drive
Chattanooga, TN 37416

Choate Construction
2907 Providence Road
Ste. 400
Charlotte, NC 28211

Chris Baxley
2217 Bright Pike
Morristown, TN 37814

Christopher S. Matthews
PO Box 364
Lookout Mountain, TN 37350

Citadel Construction
1866 County Meadows Dr
Sevierville, TN 37864

City of Chattanooga
Business License
Personalty Tax
101 E. 11th Street
Chattanooga, TN 37402

Clarence Daniels
9201 Wyrick Road
Corryton, TN 37721

Clark Associates
PO Box 1254
Huntsville, AL 35807

Clark Crawford
11738 Dolly Pond Road
Birchwood, TN 37308

Collegedale Assisted Living Center
PO Box 249
Georgetown, TN 37336

Companion Property & Casualty Group
PO Box 6000
Columbia, SC 29260

Compliance Industrial
PO Box 1
Bimble, KY 40915

Consolidated Pipe & Supply
7224 Ball Camp Pike
Knoxville, TN 37931

Cor-Bits Coring & Cutting
1124 Weems Street
Pearl, MS 39208

Country Inn of Hixson
5105 Hwy 153
Hixson, TN 37343

CP Allen Construction Company
PO Box 842
Columbus, GA 31902

Craig Bowman
1520 Waterhouse St
Chattanooga, TN 37412

Creek Properties, LLC
915 Pineville Road
Chattanooga, TN 37405

Cullman Electric Cooperative
Dept 3155
PO Box 2153
Birmingham, AL 35287

Cullman Quick Copy
114 Second Street SE
Cullman, AL 35055

Curtis Dagnan
4002 Shady Oak Drive
Ooltewah, TN 37363

DAL Inc.
300 East Madison Ave
Clifton Heights, PA 19018

Damon Rice
432 Schmitt Road
Gadsden, AL 35901

Daniel Deboard
708 W Main St
La Fayette, GA 30728

Darrell Bagley
1735 Verona Drive
Chattanooga, TN 37421

Datatek – USA Inc
2809 Newby Road
Suite 123
Huntsville, AL 35805

David B. Long
1226 Ridgeland Road
Rossville, GA 30741

David Hendrix
15 Old Hall Station Road
Kingston, GA 30145

David Himes
2805 Shauna Court
Apt B
Nashville, TN 37214

David M. Smythe
Smythe & Puryear
144 Second Avenue North
Suite 333
Nashville, TN 37201

David's Commercial Tire Inc.
4624 Rutledge Pike
Knoxville, TN 37914

DCA Ready Mix Inc.
PO Box 1703
Decatur, AL 35602

Debbie Ramsey
8908 Hillside Drive
Mascot, TN 37806

DeLassus & Associates
PO Box 500126
Atlanta, GA 31150

Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197

Denark Construction
1635 Western Ave
Knoxville, TN 37921

Dennis Lyle
45 Pate Road
Cordova, AL 35550

Department of Labor and Workforce
220 French Landing Dr
Nashville, TN 37243

Dept 56-4205514465
Office Depot Credit Plan
PO Box 689020
Des Moines, IA 50368

Derek Swanson
66 Woods Road
Tunnel Hill, GA 30755

Doherty Pump & Equipment Sales
Suite 400
4324 Brogdon Exchange
Suwanee, GA 30024

Don Wilks
34 Brock Drive
Flintstone, GA 30725

Drillco National Group
PO Box 2182
Astoria, NY 11102

Duane Thomas
634 Wedgewood Avenue
Nashville, TN 37203

Dustin Douglass
1117 Fieldstone Drive
Hixson, TN 37343

Dustin Midgett
318 Locust Street
Mc Ewen, TN 37101

East Tennessee Grading
4325 Jersey Pike A
Chattanooga, TN 37416

East Tennessee Rooter & Plumbing
PO Box 52906
Knoxville, TN 37950

East Town Mini Storage
PO Box 31408
Knoxville, TN 37930

East Town Self Storage
Knoxville Mall Center
PO Box 31408
Knoxville, TN 37930

East Towne Urgent Care & Occ Health
4711 Centerline Drive
Knoxville, TN 37917

Eddie Steele
4646 Old Mineral Springs Road
La Fayette, GA 30728

Eddie Walker
664 Lester Jarnigan Road
Rutledge, TN 37861

Eidson & Associates
135 Birmingham St SW
Cullman, AL 35055

Eidson & Associates Inc.
135 Birmingham St SW
Cullman, AL 35055

EMJ Construction
88 Union Ave Suite 400
Memphis, TN 38103

EMJ Corporation
2034 Hamilton Place Blvd
Ste. 400
Chattanooga, TN 37421

Eric Edgeman
197 Dalyrimple Lane
Rock Spring, GA 30739

Erlanger
975 E. 3rd Street
Chattanooga, TN 37403

Ethan Greenlee
824 Rebecca Lane
Jefferson City, TN 37760

Farley & Sathers
PO Box 28
Round Lake, MN 56167

Fastenal
PO Box 978
Winona, MN 55987

FaverGray Company
11555 Central Parkway
Ste. 301
Jacksonville, FL 32224

Federal Insurance
15 Mountain View Road
Plainfield, NJ 07061

Ferguson Enterprises, Inc.
PO Box 100286
Atlanta, GA 30384

Ferguson Fire & Fabrication
PO Box 100886
Atlanta, GA 30384

Ferguson Fire & Fabrications
PO Box 770
Tucker, GA 30084

Financial Adjustment Service
Dupont Professional Towers
4010 Dupont Circle
Ste. 401
Louisville, KY 40207

Fire Pro, LLC
25187
HSV Brwonsferry Road
Madison, AL 35756

Fire Protection Design
2022 Drakes Hill Ct
Hendersonville, TN 37075

Firestone Complete Auto Care
PO Box 403727
Atlanta, GA 30384

First Health of the Carolinas
155 Memorial Dr
Pinehurst, NC 28374

Firsthealth Moore Regional Hospital
110 Page Road
Pinehurst, NC 28374

Ford Credit
PO Box 105697
Atlanta, GA 30348

Ford Motor
PO Boc 105697
Atlanta, GA 30348-5697

Freddie Walker
1575 Prarie Road
Talbott, TN 37877

Frey Ingenieure
Illerstrabe 36 D-87447
Martinszell Germany

Friendship Crossing Apts
1405 South Friendship Ave
Donalsonville, GA 31745

FSG Bank
PO Box 1606
Chattanooga, TN 37401

Fyffe Construction
1544 Main St
Fyffe, AL 35971

Fyffe Construction
PO Box 168
Fyffe, AL 35971

Gallaher & Associates Inc
3351 Regal Drove
Alcoa, TN 37701

Gary Daniels
106 Fox Lane
Washburn, TN 37888

Gary McKinney
160 Michael Drive
Ringgold, GA 30736

General Sessions Court
Civil Division
Room 111 - Courts Building
Chattanooga, TN 37402-1911

George Black
1655 Ridgeway Road
La Fayette, GA 30728

George W. Regan Company
PO Box 27096
Knoxville, TN 37917

Georgia Department of Revenue
Taxpayer Services Division
PO Box 740321
Atlanta, GA 30374

Georgia Housing and Finance
60 Executive Pkwy S NE
Atlanta, GA 30329

GK Services
5995 Opus Parkway Suite 500
Hopkins, MN 55343

GK Services - Chatt
1625 Heraeus Blvd
Buford, GA 30518

Grainger
Dept 867841983
PO Box 419267
Kansas City, MO 64141

Great American Insurance
500 Walnut St
Cincinnati, OH 45202

Greenberg Grant & Richards Inc.
5858 Westeimer Rd Suite 500
Houston, TX 77057

Greg Ford
6117 Atkins Road
Knoxville, TN 37918

Grisham Knight & Hooper
701 Market Street
Suite 700
Chattanooga, TN 37401

Guardian Automatic Sprinkler Co
555 Brick Church Park Drive
Nashville, TN 37207

Guardian Safety Solutions International
8701 Carpenter Freeway
Suite 230
Dallas, TX 75247

Hamilton Co. Maintenance
1110 Dayton Blvd
Chattanooga, TN 37405

Hamilton Co. Schools
2501 Dodds Avenue
Chattanooga, TN 37407

Hamilton County
Business License
Personalty Tax
201 Courthouse
Chattanooga, TN 37402

Hardaway Construction
PO Box 60429
Nashville, TN 37206

Hartford Insurance Company of Midwest
Flood Insurance Processing Center
PO Box 410024
Salt Lake City, UT 84142

Hasler Inc.
PO Box 3808
Milford, CT 06460

Hasler Neopost
PO Box 3808
Milford, CT 06460

Hayes Pipe & Supply
3000 Industrial Parkway East
Knoxville, TN 37921

Hayes Pipe Supply Inc
PO Box 101550
Nashville, TN 37224

Hazel Green High School
14380 Hwy 231-431 North
Hazel Green, AL 35750

HD Supply Waterworks LTD
PO Box 277838
Atlanta, GA 30384

Heiser Logistics
PO Box 730
Canandaigua, NY 14424

Helton Construction
4109 Mtn View Ave
Ste. 100
Chattanooga, TN 37415

Hertz Equipment
PO Box 650280
Dallas, TX 75247

Hoar Construction
Two Metroplex Dr
Ste. 400
Birmingham, AL 35209

Holston Gasses
1105 Stuart Street
Chattanooga, TN 37406

Home Depot Credit Services
Dept 32-2505470801
PO Box 9055
Des Moines, IA 50368

Horizon Retail Construction
1500 Horizon Drive
Sturtevant, WI 53177

Hudson Construction
1455 Old Alabama Road
St. 190
Roswell, GA 30076

Humphrey's & Associates
PO Box 206
Soddy Daisy, TN 37384

Hydratec Inc.
64 Havenhill Road
Route 111
Windham, NH 03087

I/S Engineering and Utilities
714 Eighth Avenue South
Nashville, TN 37203

Ice Makers Inc
PO Box 22086
Chattanooga, TN 37422

Imaging Technologies
PO Box 13426
Atlanta, GA 30324

Independent Healthcare Properties
PO Box 813
Ooltewah, TN 37363

Independent Healthcare Properties LLC
PO Box 813
Ooltewah, TN 37363

International Equipment Co
PO Box 4026
Chattanooga, TN 37405

International Equipment Co
4652 Fennel Rd
Knoxville, TN 37912

J&J Contractors
700 W. Main Street
Chattanooga, TN 37402

J. Brad Scarbrough
5214 Maryland Way, Suite 207
Brentwood, TN 37027

James J. Penland Trustee
c/o First Vision Bank
PO Box 70
Tullahoma, TN 37388

James Kelly
3543 Bennett Road
Chattanooga, TN 37412

James Ray
314 Lotton Lane
Chickamauga, GA 30707

James Rosenbiam
232 E Redbud Dr
Knoxville, TN 37920

James Steele
4646 Old Mineral Springs Road
La Fayette, GA 30728

Jani King
10133 Sherrill Blvd
Suite 130
Knoxville, TN 37932

Jason Beeler
1419 Bull Run Road
Luttrell, TN 37779

Jason Mills
1918 Round Barn Road
Powder Springs, TN 37848

Jeff Bowman
60 Bowman Court
Chickamauga, GA 30707

Jeremy Ferguson
288 Spring Road
Calhoun, GA 30701

Jerry Black
2875 Lake Howard Road
La Fayette, GA 30728

Jerry George
1051 Armstrong Ferry Road
Decatur, TN 37322

Jesse A. Archer
238 Bay Harbour
Mooresville, NC 28117

Jimmy Ramsey
11270 Lakeshore Dr
Rutledge, TN 37861

Joe Boyd
372 E. Long Hollow Road
Rock Spring, GA 30739

Joe DeBoard
708 W. Main Street
La Fayette, GA 30728

Joey Dupree
127 Goodson Avenue #4
Chattanooga, TN 37405

John Deere Credit
PO Box 4450
Carol Stream, IL 60197

Joseph Boyd
372 East Long Hollow Road
Rock Spring, GA 30739

Joseph Construction
PO Box 4661
Sevierville, TN 37864

Joseph Eaker
274 Wisely Way
Ringgold, GA 30736

Ken Maynard
222 3rd Ave North Suite 701
Nashville, TN 37201

Knoxville Blue Print & Supply Company
PO Box 3293
Knoxville, TN 37927

Knoxville Red Light Photo Enforcement
Dept No. 888516
Knoxville, TN 37995

Kroger Limited Partnership
2620 Elm Hill Pike
Nashville, TN 37214

KUB
PO Box 59017
Knoxville, TN 37950

Kurt Swanson
2221 Swanson Road
Ringgold, GA 30736

Kyle Witherspoon
2657 Hopewell Church Road
Sherrills Ford, NC 28673

LabCorp
America Holdings
PO Box 12140
Burlington, NC 27216

Larry Daniels
7708 Nicholas Drive
Corryton, TN 37721

Larry Ulrey
6435 Davis Hill Road
Harrison, TN 37341

Lee Builders Inc
2049 Fisher St SW
Huntsville, AL 35803

Lee Builders Inc.
2049 Fisher St. SW
Huntsville, AL 35803

Lee Rose
1313 Indian Creek Road
Mc Ewen, TN 37101

Leroy Pope
6140 County Rd 222
Cullman, AL 35057

Leroy Pope
6140 County Road 222
Cullman, AL 35057

Letap Hospitality
321 N Cedar Bluff Rd
Knoxville, TN 37923

Lewis Brock
2013 Ann Lane
Cleveland, TN 37312

Lewis King Kreig & Waldrop
424 Church St, Suite 2500
PO Box 198615
Nashville, TN 37219

Lincoln Memorial University
6965 Cumberland Gap Pkwy
Harrogate, TN 37752

Lisa Wiedman
501 W Church St
Orlando, FL 32805

Loy Waldrop
Lewis King Krieg & Waldrop PC
One Centre Square
Fifth Floor
Knoxville, TN 37902

Madison County Board of Education
PO Box 226
Huntsville, AL 35804

Madison Grandview LLC
175 Grand View Blvd
Madison, MS 39100

Maintenance Rubber & Pump Co.
PO Box 22314
Chattanooga, TN 37422

Marc Morrison
101 Longwood Street
Chickamauga, GA 30707

Marco Supply Company
PO Box 11586
Roanoke, VA 24022

Mark Bowman
60 Haleys Cove Drive
Chickamauga, GA 30707

Mark Sewell
320 Smith Hollow Road
Blaine, TN 37709

Mark Ulrey
6550 Highway 60
Birchwood, TN 37308

Mathews Holdings, LLC
915 Pineville Road
Suite 200
Chattanooga, TN 37405

Matthew Reynolds
515 George Wallace Drive
Apartment A6
Gadsden, AL 35901

May Brothers Automotive
6807 Lee Hwy
Chattanooga, TN 37421

Mayor Karl Dean
100 Metro Courhouse
Nashville, TN 37201

McCorkle & Johnson LLP
319 Tattnall Street
Savannah, GA 31401

Memorial Health Care Sys
PO Box 644497
Pittsburgh, PA 15264

Messer Construction
120 Perimeter Park Road
Knoxville, TN 37922

Messer Construction Co.
230 Great Circle Road
Ste. 238
Nashville, TN 37228

Metropolitan Nashville Public
c/o Dr. Jesse Register
2601 Bransford Ave
Nashville, TN 37204

Michael Greer
1229 Malone St
Gadsden, AL 35901

Michael Kinser
7209 Tanya Drive
Harrison, TN 37341

Mike Dalton
1126 Charwood Lane
Hixson, TN 37343

Mike Spurling
208 Cheltenham Avenue
Franklin, TN 37064

Mike Ulrey
6435 Davis Hill Road
Harrison, TN 37341

Miller Brothers Auto Repair
7123 Tazewell Pike
Corryton, TN 37721

Mobile Mini Inc
PO Box 740773
Cincinnati, OH 45274

Mobile Mini Inc
c/o Collection Department
7420 S. Kyrene Rd Suite 101
Tempe, AZ 85283

Montgomery Insurance
PO Box 6486
Carol Stream, IL 60197

Moore Regional Hospital
120 Page Rd
Pinehurst, NC 28374

Mr. Albert Herrera
827 Signal Mountain Road
Chattanooga, TN 37405

Mr. Charles F. Perkins
7722 Hancock Road
Chattanooga, TN 37416

Mr. Clark Crawford
11738 Dolly Pond Road
Birchwood, TN 37308

Mr. Craig Bowman
1520 Waterhouse St
Chattanooga, TN 37412

Mr. Ethan Greenlee
824 Rebecca Lane3
Jefferson City, TN 37760

Mr. Sean Jones
226 S. Howell Avenue
Chattanooga, TN 37411

Mr. Terry Mitchell
2057 Old Bethel Road
Chickamauga, GA 30707

Mr. Wesley Muncey
144 Bower Hollow Road
Luttrell, TN 37779

Mrs. Heather Smith
663 Bruner Road
Strawberry Plains, TN 37871

Myrick Gurosky & Associates
4 Riverchase Ridge
Birmingham, AL 35244

Nashville High Lift
PO Box 210676
Nashville, TN 37221

Nashville High Lift LLC
522 A 39th Avenue North
Nashville, TN 37209

National Parks Resort Lodge
2385 Parkway
Pigeon Forge, TN 37863

Nealson Fields
2728 Waring Road
Dalton, GA 30721

NEFF Rental
PO Box 405138
Atlanta, GA 30384

Nelson Fields
304 Longley Rd
Ocoee, TN 37361

NES Rentals
PO Box 8500-1226
Philadelphia, PA 19178

Occupational Health Services
2337 McCallie Ave
Plaza 1, Suite 102
Chattanooga, TN 37404

Office Depot
OFfice Depot Credit Plan
PO Box 689020
Des Moines, IA 50368

Palmertree Construction
PO Box 416
Winchester, TN 37398

Palmertree Construction
c/o Bryan Bean
300 South Jefferson St
Winchester, TN 37398

Pearce Construction
PO Box 2563
Huntsville, AL 35804

Pearce Construction Company
407 St. Clair Ave SW
Huntsville, AL 35801

Penhall
Dept 2911
Los Angeles, CA 90084

Pennzoil
7500 Asheville Hwy
Knoxville, TN 37924

Permit & Fuel Tax Services
5964 Dayton Blvd
Chattanooga, TN 37415

Phillip Wilson
100 Meadow Lane
Mc Ewen, TN 37101

Pipeline Utility Contractors LLC
PO Box 1053
Bristol, TN 37621

Piping Supply Company Inc
PO Box 5099
Chattanooga, TN 37406

Piping Systems Inc.
PO Box 351
Huntsville, AL 35804

Plumbers Supply Co
PO Box 634623
Cincinnati, OH 45263

Plumbers Supply Company
PO Box 6149
Louisville, KY 40206

Pollard Water
200 Atlantic Avenue
New Hyde Park, NY 11040

Pro Built Development
c/o James Smith
4444 E Riverside Dr
Fort Myers, FL 33905

ProBuilt Development
PO Box 356
Fort Myers, FL 33902

PTS Leasing
Laden Financial Services
PO Box 41602
Philadelphia, PA 19101

PTS Office Automation
PO Box 11043
Knoxville, TN 37939

Puckett Rents
PO Box 3170
Jackson, MS 39207

Ralph Mathews
PO Box 15127
Chattanooga, TN 37415

Raul & Jose Onate
3407 Northboro Court
Murfreesboro, TN 37129

Ray McBurnett
4849 Highway 157
Rising Fawn, GA 30738

Ready Mix USA
PO Box 2643
Dalton, GA 30722

Reliable Sprinkler Co
103 Fairview Park Dr
Elmsford, NY 10523

RG Anderson
1801 West End Ave Suite 1800
Nashville, TN 37203

RG Anderson Company
1801 West End Avenue
Ste. 1800
Nashville, TN 37203

Richard Lavender
3230 Kings Row Drive
Rock Hill, SC 29732

Richardsville Elementary
1775 Richardsville Rd
Bowling Green, KY 42101

RICOH
PO Box 4245
Carol Stream, IL 60197

Ringo Ramsey
11270 Lakeshore Dr
Rutledge, TN 37861

Robby D. Hester
406 Alma Road
Jasper, AL 35501

Robert Darden
353 Glenda Lane
Ringgold, GA 30736

Rodney Gipson
45 Countyh Road 412
Cullman, AL 35057

Roman Fonseca
c/o Camino Real Mexican Restaurant
105 Lasseter Dr
Murfreesboro, TN 37130

Ronald Kitts
PO Box 44
Luttrell, TN 37779

Roper Corporation
1507 Broomtown Road
La Fayette, GA 30728

Royal Seals Construction
124 McMakin Road
Argyle, TX 76226

RSC Equipment Rental
PO Box 840514
Dallas, TX 75284

Russell Construction
PO Box 242008
Montgomery, AL 36124

S&R Contracting
PO Box 8883
Chattanooga, TN 37404

Sam King Construction
PO Box 1108
Pigeon Forge, TN 37868

Sam King Construction
2534 Sand Pike Blvd
Pigeon Forge, TN 37863

Schaerer Construction
1720 Sholar Avenue
Chattanooga, TN 37406

Scharenbergh Industrieanlagen
Bremer Landstrabe 32 D
27412 Tramstedt Germany

Scott-Gross Company, Inc.
664 Magnolia Avenue
Lexington, KY 40505

Sean Jones
226 S. Howell Ave
Chattanooga, TN 37411

Seismic Control & Isolation Inc.
11188 Downs Road
Pineville, NC 28134

Seminole Co
PO Box 7602
Bainbridge, GA 39818

Shalice Hornsby
118 Laurelwood Trail
Graysville, TN 37338

Shane Meeks
105 Fairwood Drive
York, SC 29745

Shaner
1965 Waddle Road
State College, PA 16803

Sirote & Permutt
PO Box 55727
Birmingham, AL 35255

Smith Cashion & Orr PLC
231 Third Ave North
Nashville, TN 37201

Smith Lake Hardware & Building Supply
6140 County Road 222
Cullman, AL 35057

Southeast Fire Services Inc.
PO Box 855
Cullman, AL 35056

Southeast Rubber & Safety
Commercial Finance Group
PO Box 420247
Atlanta, GA 30342

Southern Pipe & Supply
1706 Transport Lane
Knoxville, TN 37924

Southland Constructors LLC
1587 Mallory Lane
Ste. 100
Brentwood, TN 37027

Southland Constructors LLC
c/o Clay Stacker
1587 Mallory Lane Suite 100
Brentwood, TN 37027

Spring Hill Suites
6000 Memorial Pkwy
Huntsville, AL 35802

St. John's The Baptist
1055 Hughes Rd
Madison, AL 35758

Stanley White
66 Gentry Lane
Chickamauga, GA 30707

State of Tennessee Board of Regents
1415 Murfreesboro Rd
`Nashville, TN 37217

Steven Snider
161 Bristville Shores Road
Georgetown, TN 37336

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Sunbelt Rentals
1275 W. Mound St
Columbus, OH 43223

Tapp Water & Sewer Lines, LLC
115 Pine Grove Access Rd
Ringgold, GA 30736

Tennessee Department of Labor & Workforc
Employer Accounts Operations
PO Box 101
Nashville, TN 37202

Tennessee Department Revenue
Andrew Jackson Building
500 Deaderick St
Nashville, TN 37242

Tennessee Urgent Care Associates TUCA
Corporate Office
339 White Bridges Road
Nashville, TN 37209

Tennessee Waste Haulers, LLC
PO Box 16155
Chattanooga, TN 37416

The Cincinnati Insurance Companies
c/o Richardson Spear Spear & Hamby PC
PO Box 1347
Hickory Flat, MS 38633

The Cor-Ten Company
111 State Street
Knoxville, TN 37902

The Hartford
PO Box 2907
Hartford, CT 06104

The Huntsville Times
PO Box 905912
Charlotte, NC 28290

The Landing at Southlake LP
PO Box 170
1544 South Main Street
Fyffe, AL 35971

The Landings at Southlake
PO Box 170
Fyffe, AL 35971

The People's Church
828 Murfreesboro Road
Franklin, TN 37064

The Strauss Co.
415 Tremont St
Chattanooga, TN 37405

Theresa Ulrey
6435 Davis Hill Road
Harrison, TN 37341

Thompson Fisher Inc
4525 Parkway Dr
Florence, AL 35633

Thompson-Fisher Inc.
4525 Parkway Drive
Florence, AL 35630

TNT Concrete
996 County Road 20
Calhoun, TN 37309

Total Funds By Hasler
PO Box 30193
Tampa, FL 33630

Total Sprinkler Supply
35 Sparrow Drive
Fort Mitchell, AL 36856

Travelers Casualty & Surety Co
6640 Carothers Pkwy
Ste. 300
Franklin, TN 37067

Truck N Trailers USA
4591 N. Access Road
Chattanooga, TN 37415

True-Line Coring & Cutting/Nashville
PO Box 87-8029
Kansas City, MO 64187

Tyco-Fire & Building Products
PO Box 371157
Pittsburgh, PA 15251

U.S. Department of LAbor
Wage and Hour
1321 Murfreesboro Road
Nashville, TN 37217

Unishippers
PO Box 24473
Chattanooga, TN 37422

United Rentals
PO Box 100711
Atlanta, GA 30384

Varnell Construction Company
PO Box 10
Harrison, TN 37341

Varner Homes & Development
PO Box 70728
Knoxville, TN 37938

Vega
PO Box 22937
Chattanooga, TN 37422

Verizon Wireless
PO Box 660108
Dallas, TX 75266

Viking Supply Net
2761 Momentum Place
Chicago, IL 60689

Volkswagen Group of America
7000 Discovery Drive
Chattanooga, TN 37416

Volunteer Utility Sales Inc
PO Box 398
Mount Juliet, TN 37121

Volvo Rents
1313 East 12th Street
Chattanooga, TN 37404

Vulcan Materials Company
PO Box 15100
Knoxville, TN 37901

Walbridge/EMJ JV
777 Woodward Avenue
Ste. 300
Detroit, MI 48226

Walmart
1011 US Highway 72 East
Athens, AL 35611

Walmart Stores EAst
PO Box 8050
Bentonville, AR 72712

Walter A. Wood
PO Box 72847
Chattanooga, TN 37407

Wasserman Construction
PO Box 32646
Knoxville, TN 37930

Waste Management of Tenn-Knoxville
PO Box 9001054
Louisville, KY 40290

Wesley Muncey
144 Bower Hollow Road
Luttrell, TN 37779

Whitlocks General Store
6446 County Road 222
Cullman, AL 35057

Wholesale Collectors Association
PO Box 48146
Niles, IL 60714

William Monroe
342 Holder Ford Road
Kingston, TN 37763

Williams Concrete Cutting Services
PO Box 8858
Chattanooga, TN 37414

Winesett - Hill Construction
5173 Austin Road
Hixson, TN 37343

Woodward Construction
PO Box 818
Hartselle, AL 35640

Yellow Book - Mid Atlantic
PO Box 11815
Newark, NJ 07101

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **American Fire Sprinklers, LLC**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **American Fire Sprinklers, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 21, 2010**

Date

**/s/ Thomas E. Ray**

**Thomas E. Ray 001211**

Signature of Attorney or Litigant

Counsel for   **American Fire Sprinklers, LLC**

**Samples, Jennings, Ray & Clem, PLLC**

**130 Jordan Drive**
**Chattanooga, TN 37421**
**423-892-2006 Fax:423-892-1919**
**tray@raylegal.com**